USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KENDALL MOTA, et al.,                                 :
                                                      :
                                                      :
                           Plaintiffs,                :        22-CV-7602 (RWL)
                                                      :
                - against -                           :        **ORDER**
                                                      :
ABALON EXTERMINATING COMPANY,                         :
INC., et al.,                                         :
                                                      :
                           Defendants.                :
                                                      :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties having consented, this matter has been referred to Judge Lehrburger for all purposes.  Accordingly, by November 22, 2023, the parties shall file a proposed case management plan and scheduling order using the form available on Judge Lehrburger's page on the Court's website.  The parties may incorporate the same dates provided in the proposed scheduling order submitted at Dkt. 36.  Given the status of the case, the Court will not hold an initial pretrial conference unless the parties request it.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 15, 2023
        New York, New York

Copies transmitted this date to all counsel of record.

1