USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENDALL MOTA, et al.,

               Plaintiffs,

    -against-

ABALON EXTERMINATING COMPANY, INC., et al.,

              Defendants.

1:22-cv-7602 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The parties in this matter have consented to conducting all further proceedings before a Magistrate Judge, including motions and trial pursuant to 28 U.S.C. § 636(c). [ECF No. 36]. Accordingly, the Court issued an Order of Reference to Magistrate Judge Lehrburger. [ECF No. 37]. As such, IT IS HEREBY ORDERED that the Initial Pretrial Conference scheduled for November 17, 2023 is adjourned *sine die*.

**SO ORDERED.**

**Date: November 15, 2023**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**