**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KENDALL MOTA, TRAVIS SUBARAN,
NATHANIEL EMILIA, HECTOR BRIGANTI, and
MICHAEL MIRANDA, in their individual capacities
and on behalf of others similarly situated,

                            Plaintiffs,

      -against-                                    22 **CIVIL** 7602 (MKV)

## **JUDGMENT**

ABALON EXTERMINATING COMPANY, INC.,
IRWIN NOVAL, an individual, and DOROTHY
GOMEZ FROST, and individual,

                            Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 16, 2024, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       September 17, 2024

                                                   **DANIEL ORTIZ**
                                                   **Acting Clerk of Court**

                       **BY:**      *K. Mango*

                                                   **Deputy Clerk**